UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>DAMON NELLO SATTERWHITE | CASE NO: 21-02143<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 12/7/2021, I did cause a copy of the following documents, described below,

2nd Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/7/2021

/s/ John M. Hyams
John M. Hyams  87327PA

Law Offices of John M. Hyams
2023 N. 2nd St.
Harrisburg, PA  17102
717 520 0300

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 21-02143 |
|---|---|
| DAMON NELLO SATTERWHITE | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 12/7/2021, a copy of the following documents, described below,

2nd Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/7/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
2023 N. 2nd St.
Harrisburg, PA  17102

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>03141<br>CASE 1-21-BK-02143-HWV<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>HARRISBURG<br>TUE DEC 7 12-46-57 EST 2021 | ATT MOBILITY II LLC<br>ATT SERVICES INC<br>KAREN A CAVAGNARO PARALEGAL<br>ONE ATT WAY SUITE 3A104<br>BEDMINSTER NJ 07921-2693 | ACIMA CREDIT<br>9815 SOUTH MONROE STREET<br>4TH FLOOR<br>SANDY UT 84070-4384 |
| BALTMR EFCU<br>23 W SUSQUEHANNA<br>BALTIMORE MD 21204-5222 | DEPARTMENT OF LABOR INDUSTRY<br>ATTN OFFICE OF CHIEF COUNSEL<br>651 BOAS STREET 10TH FLOOR<br>HARRISBURG PA 17121-0751 | CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 |
| CLRFLD MOTOR<br>4048 CARLISLE ROAD<br>DOVER PA 17315-3508 | CREDENCE RESOURCE MANAGEMENT LLC<br>ATTN BANKRUPTCY<br>4222 TRINITY MILLS ROAD SUITE 260<br>DALLAS TX 75287-7666 | DESTINATIONS CREDIT UN<br>8767 SATYR HILL ROAD<br>BALTIMORE MD 21234-2825 |
| DIRECTV LLC<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 5072<br>CAROL STREAM IL 60197-5072 | GLOBAL LENDING SERVICES LLC<br>1200 BROOKFIELD BLVD STE 300<br>GREENVILLE SC 29607-6583 | ~~EXCLUDE~~<br>~~JOHN MATTHEW HYAMS~~<br>~~LAW OFFICES OF JOHN M HYAMS~~<br>~~2023 N 2ND ST~~<br>~~HARRISBURG PA 17102-2151~~ |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JADA RICHARDSON<br>467 WEST MARKET ST<br>YORK PA 17401-3814 | JAY H FARBMAN<br>PO BOX 41<br>GLEN BURNIE MD 21060-0041 |
| JOMAX RECOV<br>20325 N 51ST AVE<br>GLENDALE AZ 85308-5674 | NEWREZ LLC DBA SHELLPOINT MORTGAGE<br>SERVICING<br>BANKRUPTCY DEPARTMENT<br>PO BOX 10826<br>GREENVILLE SC 29603-0826 | OFFICE OF ATTORNEY GENERAL<br>FINANCIAL ENFORCEMENT<br>SECTION STRA<br>HARRISBURG PA 17120-0001 |
| PA DEPARTMENT OF REVENUE<br>DEPARTMENT 280946 ATTNBANKRUPTCY<br>HARRISBURG PA 17128-0946 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG PA 17128-0946 | PERFECTION COLLECTION<br>ATTN BANKRUPTCY DEPARTMENT<br>313 E 1200 S SUITE 102<br>OREM UT 84058-6910 |
| PLATTE RIVER INSURANCE COMPANY<br>CO JOMAX RECOVERY SERVICES<br>9242 W UNION HILLS DRIVE 102<br>PEORIA AZ 85382-8219 | RECIVABLE MANAGEMENT SERVICES LLC<br>ATTN BANKRUPTCY<br>240 EMERY STREET<br>BETHLEHEM PA 18015-1980 | ~~EXCLUDE~~<br>~~DAMON NELLO SATTERWHITE~~<br>~~2658 JESSAMINE WAY~~<br>~~YORK PA 17408-4072~~ |
| SHELLPOINT<br>ATTN BANKRUPTCY<br>PO BOX 10826<br>GREENVILLE SC 29603-0826 | REBECCA ANN SOLARZ<br>KML LAW GROUP PC<br>701 MARKET ST<br>SUITE 5000<br>PHILADELPHIA PA 19106-1541 | US DEPARTMENT OF JUSTICE<br>PO BOX 227 BEN FRANKLIN STATION<br>WASHINGTON DC 20044-0227 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| UNITED STATES ATTORNEY | UNITED STATES TRUSTEE | WESTERN FUNDING INC |
|---|---|---|
| PO BOX 11754 | 228 WALNUT STREET SUITE 1190 | ATTN BANKRUPTCY DEPT |
| HARRISBURG PA 17108-1754 | HARRISBURG PA 17101-1722 | PO BOX 94858 |
| | | LAS VEGAS NV 89193-4858 |

| WESTERN FUNDING INCORPORATED | YK CR BUREAU | JACK N ZAHAROPOULOS |
|---|---|---|
| 4751 WILSHIRE BLVD | 33 S DUKE ST | ATTN CHAPTER 13 TRUSTEE |
| SUITE 100 | YORK PA 17401-1401 | 8125 ADAMS DRIVE SUITE A |
| LOS ANGELES CA 90010-3847 | | HUMMELSTOWN PA 17036-8625 |

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

(Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

info@pamd13trustee.com

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101
(Asst. U.S. Trustee)

ustpregion03.ha.ecf@usdoj.gov

Damon Nello Satterwhite
2658 Jessamine Way
York, PA 17408
(Debtor 1)
represented by:
John Matthew Hyams
Law Offices of John M. Hyams
2023 N 2nd St
Harrisburg, PA 17102

jmh@johnhyamslaw.com

(Creditor)
NewRez LLC d/b/a Shellpoint Mortgage Servicing
represented by:
Rebecca Ann Solarz
KML Law Group, P.C.
701 Market St.
Suite 5000
Philadelphia, PA 19106

bkgroup@kmllawgroup.com