**LOCAL BANKRUPTCY FORM 9013-4**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** Damon Nello Satterwhite, | : | **CHAPTER** 13 |
| | : | **CASE NO.** 1-21-bk-02143 |
| **Debtor(s)** NewRez LLC d/b/a Shellpoint Mortgage Servicing, | : | **ADVERSARY NO.** __-__-ap-_____ (if applicable) |
| **Plaintiff(s)/Movant(s)** vs. Damon Nello Satterwhite, Jack N Zaharopoulos, | : | **Nature of Proceeding:** Motion for Relief from Automatic Stay |
| **Defendant(s)/Respondent(s)** | : | **Document #:** 33 |

**REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]**

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Movant is awaiting an updated pay history in order to define terms for a potential settlement of the matter.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 12/12/2022

/s/ Charles G. Wohlrab

Attorney for NewRez LLC d/b/a Shellpoint Mortgag

Name: Charles G. Wohlrab

Phone Number: (470) 321-7112

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.