**LOCAL BANKRUPTCY FORM 9019-1**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:
Damon Nello Satterwhite,

**Debtor(s)**

NewRez LLC d/b/a Shellpoint Mortgage Servicing,

**Plaintiff(s)/Movant(s)**
vs.
Damon Nello Satterwhite,
Jack N Zaharopoulos,

**Defendant(s)/Respondent(s)**

CHAPTER  13

CASE NO. 1 - 21 -bk- 02143

ADVERSARY NO. ___-___-ap- _____
(if applicable)

Nature of Proceeding: 11 USC §362

Pleading: Motion for Relief from Stay

Document #: 33

**REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST***

CHECK ONE:

[ ] The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

[✔] The undersigned counsel certifies as follows:

(1)  A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
  [✔] Thirty (30) days.
  [ ] Forty-five (45) days.
  [ ] Sixty (60) days.

(2)  If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3)  Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 03/03/2023                                      /s/ Charles G. Wohlrab
                                                       Attorney for NewRez LLC d/b/a Shellpoint Mortgag

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.