UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:                                                          CASE NO.: 21-02143
                                                                CHAPTER 13
**Damon Nello Satterwhite,**
  Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS RD., SUITE 450**
**ALPHARETTA, GA   30004**

           Robertson, Anschutz, Schneid, Crane &
           Partners, PLLC
           Authorized Agent for Secured Creditor
           13010 Morris Rd., Suite 450
           Alpharetta, GA   30004
           Telephone: 470-321-7112

           By: /s/Michelle McGowan
               Michelle McGowan
               Email: mimcgowan@raslg.com

# CERTIFICATE OF SERVICE

       **I HEREBY CERTIFY** that on June 20, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

DAMON NELLO SATTERWHITE
2658 JESSAMINE WAY
YORK, PA 17408

And via electronic mail to:

JOHN M. HYAMS
LAW OFFICES OF JOHN M. HYAMS
2023 N 2ND ST
HARRISBURG, PA 17102

JACK N ZAHAROPOULOS
STANDING CHAPTER 13 (TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101

                                              By: /s/ Angela Gill