UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:                                                            CASE NO.: 1:21-bk-02143-HWV
                                                                                                      CHAPTER 13

**Damon Nello Satterwhite,**
    **Debtor.**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                              Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                              Attorney for Secured Creditor
                                              130 Clinton Rd #202
                                              Fairfield, NJ 07004
                                              Telephone: 470-321-7112
                                              Facsimile: 404-393-1425

                                              By: /s/Robert Shearer
                                                   Robert Shearer
                                                   Email: rshearer@raslg.com

# CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on May 21, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

DAMON NELLO SATTERWHITE
2658 JESSAMINE WAY
YORK, PA 17408

And via electronic mail to:

LAW OFFICES OF JOHN M. HYAMS
1007 N. FRONT STREET
SUITE 3 SOUTH
HARRISBURG, PA 17102

JACK N ZAHAROPOULOS
(TRUSTEE)
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

**United States Trustee**
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

      By: /s/ Amber Matas